Agnes La Prise, Administrator of Estate of Harold La Prise, Deceased, Appellant, v. Carr-Leasing, Inc., Frank-McCrary and John Rehak, Appellees.

Gen. No. 10,024.

Heard in this court at the February term, 1945; opinion filed July 11, 1945; released for publication July 27, 1945. Perry & Elliott, for appellant; Hadley & Leren, for appellees; Charles W. Hadley, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.